UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RONALD LANTON, *et al.*,

      Plaintiffs,

vs.

OCWEN LOAN SERVICING, LLC, *et al.*,

      Defendants.

Case No. 3:15-cv-372

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

# ORDER

On August 16, 2016, the Court held an informal discovery conference at the request of counsel for Defendant U.S. National Bank Association, *et al.*  Participating on the call were John Zervas, counsel for Plaintiffs; and Benjamin Carnahan, counsel for Defendants.

## I. Discovery to be Produced

Five separate discovery production concerns were then raised, as follows.  Defendants seek:

**1.  Clarification as to the harm they allegedly caused Plaintiffs and how that harm allegedly occurred.**

Plaintiffs respond:  They have answered this interrogatory with specificity and have no further information or documents in this regard.

Accordingly, the Court **ORDERS** Plaintiffs to so certify, in writing and within TEN (10) days of the issuance of this Order;

**2.  Copies of the contracts at issue.**

Plaintiffs agree to produce these documents, subject to a Protective Order which counsel are currently preparing and will present to the Court forthwith.

-2-

The Court **ORDERS** such production to occur within TEN (10) days of the issuance of this Order. The Court **ALSO ORDERS** counsel for both sides to meet, confer, and move for a joint protective order (with an email of such proposed Protective Order to chambers (newman_chambers@ohsd.uscourts.gov)) by this Friday (August 19, 2016) at 2:00 P.M.;

**3. Plaintiffs' financial records (including, but not limited to, profit/loss statements, income statements, credit reports, loan applications, and associated documentation).**

Plaintiffs agree to produce this documentation as soon as the Protective Order is signed by the Court.

The Court **ORDERS** that such production shall occur within TEN (10) days of the Court's issuance of the Protective Order;

**4. Documents regarding Blue Ocean Ambulette Services.**

Plaintiffs agree to produce this documentation as soon as the Protective Order is signed by the Court.

The Court **ORDERS** that such production shall occur within TEN (10) days of the Court's issuance of the Protective Order; and

**5. Documentation regarding one or more investment properties owned or operated by Plaintiffs (including, but not limited to, a property on Xenia Road).**

Plaintiff's counsel advised that he will investigate this matter timely.

The Court **ORDERS** counsel to investigate this matter as represented, and **FURTHER ORDERS** that such investigation be completed and all such discovery be produced in response to this Interrogatory/Request for Production of Documents within TEN (10) days of the issuance of this Order.

With respect to this Order, no sanctions are awarded/assessed to either side.

-3-

The Court will reconvene with counsel, by telephone, to confirm that all discovery has been produced and/or responded to in conformance with this Order, on **September 2, 2016 at 2:30 P.M.**  Counsel shall call 1-888-278-0296, enter access code 2725365, security code 123456, and wait for the Court to join the conference.

## II. Amended Calendar Order

At the conclusion of the August 16th call, counsel for both sides agreed that, given the remaining discovery which needs to occur here -- and also because Plaintiffs' depositions cannot occur until after this discovery has been produced -- the September 20, 2016 Discovery Deadline will likely need to be amended, should the Court agree.  The undersigned advised counsel they may file a Motion to Amend the Calendar for Judge Rice's consideration.  Counsel advised the Court they anticipate filing such a joint motion in the next few days.

**IT IS SO ORDERED.**

Date:  August 17, 2016                          */s/ Michael J. Newman*
                                                Michael J. Newman
                                                United States Magistrate Judge