UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CYNTHIA LANTON, et al.,

    Plaintiffs,

vs.

OCWEN LOAN SERVICING LLC, et al.

    Defendants.

Case No.: 3:15-cv-00372-WHR

**ORDER DISMISSING COUNT SIX AS AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES LLC**

Upon consideration of the Stipulation entered into by Plaintiffs and Defendant Equifax Information Services LLC ("Equifax"), the Court hereby DISMISSES with prejudice Count Six of Plaintiff's Third Amended Complaint as against Equifax.

This 2[?]th day of April, 2017, IT IS SO ORDERED.

_____
United States District Court
Southern District of Ohio