UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RONALD LANTON, *et al.*,

    Plaintiffs,

vs.

OCWEN LOAN SERVICING, LLC, *et al*.,

    Defendants.

Case No. 3:15-cv-372

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

## ORDER

The discovery phase of this case has ended. No discovery motion or other matter referred to the undersigned Judicial Officer remains pending. The Clerk of Courts is directed to note in the record that: (1) referral of this case to the undersigned Judicial Officer has expired; and (2) no motion or other matter in this case remains pending before the undersigned Judicial Officer.

**IT IS SO ORDERED.**

Date: August 25, 2017

s/ Michael J. Newman
Michael J. Newman
United States Magistrate Judge