# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RONALD LANTON, et al. :

    Plaintiffs, :     Case No. 3:15cv372
                                District Judge Walter Herbert Rice
  -vs- :

                                 :

OCWEN LOAN SERVICING, LLC,
et al. :

    Defendants. :

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington, ADR Coordinator.

November 1, 2017

                                                            Walter Herbert Rice
                                                             United States District Judge