IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RONALD LANTON, et al., :

    Plaintiffs,

v. : Case No. 3:15-cv-372

OCWEN LOAN SERVICING, : JUDGE WALTER H. RICE
LLC., et al.,

    Defendants. :

---

ENTRY AND ORDER REQUIRING PARTIES TO EACH SUBMIT MEMORANDA WITHIN FOURTEEN (14) DAYS OF THIS ENTRY AND ORDER CONCERNING THE NOTICE OF ERROR ("NOE") IN THE QUALIFIED WRITTEN REQUEST OF AUGUST 3, 2015; SAID MEMORANDA IS ALSO TO IDENTIFY THE SPECIFIC ERROR(S) ASSERTED BY PLAINTIFFS, THE RESPONSE(S) BY DEFENDANTS TO EACH ERROR AND COMPLIANCE WITH 12 C.F.R. § 1024.35(e)

---

This matter is before the Court pursuant to two Motions for Summary Judgment, one filed by Defendants, Ocwen Loan Servicing, LLC ("Ocwen") and U.S. Bank, N.A., as Trustee for the C-BASS Mortgage Loan Asset Backed Certificates, Series 2007-RPI ("U.S. Bank") (collectively "Defendants"), Doc. #95, and the other a Motion for Partial Summary Judgment filed by Plaintiffs, Ronald Lanton ("Mr. Lanton") and Cynthia Lanton ("Mrs. Lanton") (collectively "Plaintiffs" or "the Lantons"). Doc. #97.  Plaintiffs and Defendants have each filed a response, Doc. ##104 and 105, and a reply. Doc. ##108 and 109.  Also, Defendants have filed Supplemental Briefing on the RESPA Issue, Doc. #123, and

Plaintiffs filed a Supplemental Briefing in Support of Plaintiffs' Motion for [Partial] Summary Judgment. Doc. #124. Both parties have filed replies. Doc. ##126 and 127.

The Court has reviewed the above pleadings and finds that further briefing is required by both Plaintiffs and Defendants on the issue of the "Notice of Error" in the Qualified Written Request ("QWR") of August 3, 2015, Doc. #42-3, PageID#500.

Accordingly, the Court ORDERS the parties to each file a memorandum within fourteen (14) days of this Entry and Order that addresses the following: (1) the specific errors asserted by Plaintiffs in the Notice of Error; (2) the date(s) and the response(s) by Defendants that address each error; and (3) and whether said response(s) were in compliance with 12 C.F.R. §1024.35(e). Reply memoranda may be filed ten (10) calendar days thereafter.

Date: May 4, 2023

WALTER H. RICE
UNITED STATES DISTRICT JUDGE