# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| RONALD LANTON, *et al,* | Case No. 3:15-cv-372 |
| Plaintiffs, | Judge: Walter H. Rice |
| vs. | Magistrate Judge: Sharon L. Ovington |
| OCWEN LOAN SERVICING, LLC, *et al,* | |
| Defendant. | |

## ORDER GRANTING MOTION OF PROPOSED NEW-PARTY PLAINTIFFS TO BE SUBSTITUTED AS PARTY PLAINTIFFS

For good cause shown, the Court hereby grants the Motion of Proposed New-Party Plaintiffs to be Substituted as Party Plaintiffs in this action. Nicolas L.M. Davis, Administrator of the Estate of Cynthia Lanton, is hereby substituted as a Plaintiff for and instead of Cynthia Lanton, deceased. Further, Nicolas L.M. Davis, Administrator of the Estate of Ronald Lanton Sr., is hereby substituted as a Plaintiff for and instead of Ronald Lanton, deceased.

**IT IS SO ORDERED.**

_____
JUDGE

**Approved:**

*/s/ John T. Kelly*
John T. Kelly (0038649), *Attorney for Nicolas L. M. Davis, Administrator of the Estate of Ronald Lanton and Nicolas L. M. Davis, Administrator of the Estate of Cynthia Lanton*